No. 32—2428. In re Talmadge E. Spaids v. Hanna. Talmadge E. Spaids, an insolvent, took an appeal to the Circuit Court of Cook county from an order of the county court, finding that he had not made a full, fair and complete schedule of his estate and debts, and remanding to custody. On the hearing in the circuit court, the following judgment was entered : " This day come again the said parties by their respective attorneys ; thereupon the court after hearing further and concluding evidence adduced, and being fully advised in the premises, finds the record not showing the property that the county court found should be scheduled, and therefore presenting no issue for this court to try ; it is therefore ordered that the judgment of said county court be, and the same is hereby reversed, wherefore it is considered that the said Talmadge E. Spaids recover from said Helen L. Hanna his costs in this behalf expended to be taxed and have execution therefor." An appeal was allowed by the circuit court to this court, and twenty days allowed to appellant to file a bill of exceptions. No bill of exceptions appears to have been filed, and in the absence of such a bill this court can not examine into the correctness of the judgment appealed from. Reasons stated in the order can not be regarded. It is immaterial whether they are good reasons or bad ones. The conclusive presumption in such cases is in favor of the judgment of the court below, and it must therefore be affirmed. Opinion PER CURIAM. Judge below, LORIN C. COLLINS. Attorney, for appellant, Mr. JOHN BARTON PAYNE. Opinion filed Oct. 27, 1886.